MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Livingston_____ (JAD)/TPA/CMB/GLT
Date of Meeting: __7/8/16__
Case Number: __15-70546__ Recording # _____
Debtor(s) present _✓_ or Not Present __ (__ No Payments Made or _✓_ partial payments)
Attorney for debtor(s) __Freitag_____ (Present _✓_ or Not Present ___)
Date of Plan at § 341: _____ Applicable commitment period __ 3 yrs __ 5 yrs

*but concede plan unfeasible.*
*Debtor's counsel requested hearing on*
*motion to dismiss and to file fee app for time*
*in case to hearing on motion dismiss.*

____ Meeting HELD and CONCLUDED
____ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD
                                    ____ Order to Show Cause Requested
                                    ____ To be rescheduled by Clerk
____ Confirmation Order recommended ____ Final ____ Interim
____ Amended Plan due: _____ ; Objections due: _____
____ Trustee recommends dismissal of the case (Debtor consents)
_✓_ Trustee recommends dismissal of the case (Debtor does not consent) *and Debtors' counsel*
____ Trustee recommends dismissal of the case (Debtor has no defense) *requests time to file*
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days *fee app.*
_X_ Continued to:
     ____ 341 Meeting    OR    ____ Conciliation Conf. OR _X_ *Contested Hearing
On __8/12/16__         at __10:00__ am/pm Location __Courtroom D__

_____
Chapter 13 Trustee/Attorney for Trustee