Form 314

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Stacy A. Livingston** | : | Case No. 15−70546−JAD |
| **Robin L. Livingston** | : | Chapter: 13 |
| *Debtor(s)* | : | Next Hearing Date: August 12, 2016 at |
| | : | 10:00 a.m. |

## ORDER

     **AND NOW,** this **25th day of July, 2016,** as a result of the Proceeding held on July 8, 2016, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐    A.    The Parties cannot resolve the plan disputes, therefore, **on or before ,** all ***Objections*** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

*On at ,* a Conciliation Conference is scheduled in at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐    B.    ***On or before ,*** the Debtor shall file an ***Amended Plan***, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* **On or before , Objections** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

*On at ,* a Conciliation Conference is scheduled in at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

☑        C.        A Contested Hearing will be held on August 12, 2016 at 10:00 a.m. at U.S. Bankruptcy Court, Penn Traffic Building, Johnstown, PA 15901. Objections are due on or before August 3, 2016.

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre−confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

Jeffery A. Deller
United States Bankruptcy Judge

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                    Case No. 15-70546-JAD
Stacy A. Livingston                                       Chapter 13
Robin L. Livingston
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: jhel              Page 1 of 2          Date Rcvd: Jul 25, 2016
                              Form ID: 314            Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2016.
```
db/jdb         +Stacy A. Livingston,    Robin L. Livingston,    1344 Hill Drive,    Blairsville, PA 15717-6627
14087655       +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
14196311        DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO,    Bank of America, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785
14087658       +Deutsche Bank National Trust Company On,    7105 Corporate Drive, PTX-B-209,
                 Plano, TX 75024-4100
14087659      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Corporation,     Ford Motor Credit,    Po Box 6275,
                 Dearborn, MI 48121)
14087660       +HSBC Consumer Lending (USA) Inc.,    c/o McCalla Raymer, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roawell, GA 30076-2102
14087661       +I C Federal Credit Union,    31 South 10th Street,    Indiana, PA 15701-2658
14087662       +John Palmer,   141 Palmer Road,    Blairsville, PA 15717-6631
14087663       +Matthew K. Fissel, Esquire,    KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence Cen,
                 701 Market Street,    Philadelphia, PA 19106-1538
14131821       +NCB Management Services Inc.,    1 Allied Drive,    Trevose, PA 19053-6945
14087664       +NCB Managemetn Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
14138068       +Peoples TWP LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14102622        Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
14087665       +Wells Fargo Financial / Wachovia Dealer,    P.O. Box 3569,    Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14087656       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 26 2016 01:30:18
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
14087657       +E-mail/Text: creditonebknotifications@resurgent.com Jul 26 2016 01:29:30      Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14110954        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 26 2016 01:22:06
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 3
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DEUTSCHE BANK NATIONAL TRUST COMPANY, Et Al...
14110755        Penelec - 2800 Pottsville Pike, Reading, PA 19605
cr            ##+Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
                                                                                              TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-7           User: jhel                  Page 2 of 2                  Date Rcvd: Jul 25, 2016
                               Form ID: 314                Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, Et Al...
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Fred W. Freitag, IV    on behalf of Joint Debtor Robin L. Livingston Zekep@mcelrathlaw.com,
           sharlam@mcelrathlaw.com
          Fred W. Freitag, IV    on behalf of Debtor Stacy A. Livingston Zekep@mcelrathlaw.com,
           sharlam@mcelrathlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                       TOTAL: 6