**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Stacy A. Livingston** : | Case No. 15−70546−JAD |
| **Robin L. Livingston** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| DEUTSCHE BANK NATIONAL TRUST : | |
| COMPANY : | Related to Claim No. 7 |
| AS TRUSTEE FOR THE HOLDERS OF NEW : | |
| CENTURY HOME EQUITY LOAN TRUST, : | |
| SERIES : | |
| 2005−A, ASSET BACKED PASS−THROUGH : | |
| CERTIFICATES : | |
| *Movant,* : | |
| : | |
| v. : | |
| Stacy A. Livingston : | |
| Robin L. Livingston : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* | |

**ORDER**

      **AND NOW**, this **29th day of July, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005−A, ASSET BACKED PASS−THROUGH CERTIFICATES* at Claim No. 7 in the above−captioned bankruptcy case,

      It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

                                                              Jeffery A. Deller
                                                              United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 15-70546-JAD
Stacy A. Livingston                                             Chapter 13
Robin L. Livingston
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: lfin                Page 1 of 1              Date Rcvd: Jul 29, 2016
                               Form ID: 237              Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2016.
db/jdb         +Stacy A. Livingston,   Robin L. Livingston,   1344 Hill Drive,   Blairsville, PA 15717-6627
cr             +BANK OF AMERICA, N.A.,   16001 N. Dallas Pkwy,   Addison, TX 75001-3311
14196311        DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO,   Bank of America, N.A.,   P.O. Box 31785,
                 Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, Et Al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Fred W. Freitag, IV    on behalf of Debtor Stacy A. Livingston Zekep@mcelrathlaw.com,
               sharlam@mcelrathlaw.com
              Fred W. Freitag, IV    on behalf of Joint Debtor Robin L. Livingston Zekep@mcelrathlaw.com,
               sharlam@mcelrathlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 6