# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70546-JAD |
| Stacy A. Livingston and | : | |
| Robin L. Livingston, | : | Chapter No. 13 |
| Debtors | : | |
| _____ | : | |
| Paul W. McElrath, Esquire / | : | Docket No. 60 |
| McElrath Legal Holdings, LLC, | : | |
| Applicant | : | |
| vs. | : | Hearing Date and Time: |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CONSENT ORDER

AND NOW on this _____ day of _____, 2016, pursuant to the Contested Hearing held on August 12, 2016, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The amount of the unpaid "No Look" fee that remains due and owing to counsel shall be disbursed to Paul W. McElrath, Esquire/McElrath Legal Holdings, LLC from the funds that the Chapter 13 Trustee has on hand on the next disbursement date.

2. The Chapter 13 Trustee's office has consented to this Order.

    Respectfully submitted,

Date: August 15, 2016

/s/Paul W. McElrath
Paul W. McElrath Jr., Esquire
PA I.D. #86220
McElrath Legal Holdings LLC.
1641 Saw Mill Run Blvd.
 Pittsburgh, Pennsylvania 15210.
(412) 765-3606
paulm@mcelrathlaw.com
Attorney for Debtor/Respondent

Date: August 15, 2016

/s/Jana Pail
Jana Pail, Esquire
Suite 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
Attorney for the Trustee

BY THE COURT:

___________________________
Jeffery A. Deller,
Chief Bankruptcy Judge