UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

*Conciliation Conference:*

  Debtor: STACY A. & ROBIN L. LIVINGSTON
  Case Number: 15-70546-JAD   Chapter: 13

  Date / Time / Room: FRIDAY, AUGUST 12, 2016 10:00 AM   COURTROOM B

  Bankruptcy Judge: JEFFERY A. DELLER
  Courtroom Clerk: JEFF FURIS
  Reporter / ECR: N/A

*Matter:*

  Contested Hearing on Confirmation of Debtor's Chapter 13 Plan Dated 8/4/2015
  - Minutes of Chapter 13 341 Meeting of Creditors filed on 7/27/2016 at Doc. # 56
  R / M #: 2 / 0

*Appearances:*

  TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
  DEBTOR(S): ~~Fred W. Freitag, IV, Esq.~~  McElrath
  CREDITOR:

*Proceedings:*

  ___ Motion is GRANTED / DENIED
  ___ Special Type Of Order:
  ___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at
        _____ AM/PM at _____
  ___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
  ___ SETTLEMENT STIPULATION IS DUE _____
  ✓ OTHER:

  Order due w/ 14 days. Dismissal and fees.

FILED
8/15/16 1:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge