IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70546-JAD |
| Stacy A. Livingston and | : | |
| Robin L. Livingston, | : | Chapter No. 13 |
| Debtors | : | |
| | : | |
| Paul W. McElrath, Esquire / | : | Docket No. 60 |
| McElrath Legal Holdings, LLC, | : | |
| Applicant | : | |
| vs. | : | Hearing Date and Time: |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CONSENT ORDER

AND NOW on this __17th__ day of __August__, 2016, pursuant to the Contested Hearing held on August 12, 2016, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The amount of the unpaid "No Look" fee that remains due and owing to counsel shall be disbursed to Paul W. McElrath, Esquire/McElrath Legal Holdings, LLC from the funds that the Chapter 13 Trustee has on hand on the next disbursement date.

2. The Chapter 13 Trustee's office has consented to this Order.

Respectfully submitted,

Date: August 15, 2016

/s/Paul W. McElrath
Paul W. McElrath Jr., Esquire
PA I.D. #86220
McElrath Legal Holdings LLC.
1641 Saw Mill Run Blvd.
Pittsburgh, Pennsylvania 15210.
(412) 765-3606
paulm@mcelrathlaw.com
Attorney for Debtor/Respondent

Date: August 15, 2016

/s/Jana Pail
Jana Pail, Esquire
Suite 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219
Attorney for the Trustee

BY THE COURT:

Jeffery A. Deller,
Chief Bankruptcy Judge

jsf

FILED
8/17/16 1:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
```

```
In re:                                                     Case No. 15-70546-JAD
Stacy A. Livingston                                        Chapter 13
Robin L. Livingston
         Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: lfin            Page 1 of 1            Date Rcvd: Aug 17, 2016
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2016.
db/jdb         +Stacy A. Livingston,    Robin L. Livingston,    1344 Hill Drive,    Blairsville, PA 15717-6627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, Et Al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Fred W. Freitag, IV    on behalf of Joint Debtor Robin L. Livingston Zekep@mcelrathlaw.com,
               sharlam@mcelrathlaw.com
              Fred W. Freitag, IV    on behalf of Debtor Stacy A. Livingston Zekep@mcelrathlaw.com,
               sharlam@mcelrathlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Stacy A. Livingston ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Robin L. Livingston ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8