IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: :
:
STACY A. LIVINGSTON AND :  Bankruptcy No. 15-70546-JAD
ROBIN L. LIVINGSTON, :
:
:
: Issued Per The 8/12/2016
: Proceeding
:
Debtor(s) : Chapter 13
:

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT

**AND NOW,** this __17th__ day of **August, 2016, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

FILED
8/17/16 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jsf
JEFFERY A. DELLER
U.S. Bankruptcy Judge

cm: **All Creditors And All Parties In Interest**

DISMIS~1

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                        Case No. 15-70546-JAD
Stacy A. Livingston                                           Chapter 13
Robin L. Livingston
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-7         User: lfin                 Page 1 of 2              Date Rcvd: Aug 17, 2016
                             Form ID: pdf900            Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2016.
db/jdb         +Stacy A. Livingston,   Robin L. Livingston,   1344 Hill Drive,    Blairsville, PA 15717-6627
cr             +BANK OF AMERICA, N.A.,   16001 N. Dallas Pkwy,   Addison, TX 75001-3311
14087655       +Credit Acceptance,   Attn: Bankruptcy Dept,   25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
14196311        DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO,   Bank of America, N.A.,   P.O. Box 31785,
                 Tampa, FL 33631-3785
14087658       +Deutsche Bank National Trust Company On,   7105 Corporate Drive, PTX-B-209,
                 Plano, TX 75024-4100
14087659      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Corporation,   Ford Motor Credit,   Po Box 6275,
                 Dearborn, MI 48121)
14087660       +HSBC Consumer Lending (USA) Inc.,   c/o McCalla Raymer, LLC,   Bankruptcy Department,
                 1544 Old Alabama Road,   Roawell, GA 30076-2102
14087661       +I C Federal Credit Union,   31 South 10th Street,   Indiana, PA 15701-2658
14087662       +John Palmer,   141 Palmer Road,   Blairsville, PA 15717-6631
14087663       +Matthew K. Fissel, Esquire,   KML Law Group, P.C.,   Suite 5000 - BNY Mellon Independence Cen,
                 701 Market Street,   Philadelphia, PA 19106-1538
14131821       +NCB Management Services Inc.,   1 Allied Drive,   Trevose, PA 19053-6945
14087664       +NCB Managemetn Services, Inc.,   P.O. Box 1099,   Langhorne, PA 19047-6099
14138068       +Peoples TWP LLC,   225 North Shore Drive,   Pittsburgh, PA 15212-5860,   Attn: Dawn Lindner
14102622        Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
14087665       +Wells Fargo Financial / Wachovia Dealer,   P.O. Box 3569,   Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14087656       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 18 2016 01:18:59
                 Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
14087657       +E-mail/Text: creditonebknotifications@resurgent.com Aug 18 2016 01:17:49      Credit One Bank,
                 Po Box 98873,   Las Vegas, NV 89193-8873
14110954        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 18 2016 01:12:24
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DEUTSCHE BANK NATIONAL TRUST COMPANY, Et Al...
14110755        Penelec - 2800 Pottsville Pike, Reading, PA 19605
cr            ##+Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
                                                                                   TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                          Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-7          User: lfin              Page 2 of 2                Date Rcvd: Aug 17, 2016
                              Form ID: pdf900         Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2016 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, Et Al...
         agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Fred W. Freitag, IV    on behalf of Debtor Stacy A. Livingston Zekep@mcelrathlaw.com,
         sharlam@mcelrathlaw.com
        Fred W. Freitag, IV    on behalf of Joint Debtor Robin L. Livingston Zekep@mcelrathlaw.com,
         sharlam@mcelrathlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Debtor Stacy A. Livingston ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
        Paul W. McElrath, Jr.    on behalf of Joint Debtor Robin L. Livingston ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                  TOTAL: 8