**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>　STACY A. LIVINGSTON<br>　ROBIN L. LIVINGSTON<br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　　vs.<br>　No Repondents. | Case No.:15-70546 JAD<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　1.  The case was filed on 08/04/2015 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

　2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 12,388.82 |
| Less Refunds to Debtor | 9,040.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,348.82 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,000.00 | |
| 　Trustee Fee | 348.82 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,348.82 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　DEUTSCHE BANK NTC - TRUSTEE<br>　　Acct: 1935 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　DEUTSCHE BANK NTC - TRUSTEE<br>　　Acct: 1935 | 29,076.68 | 0.00 | 0.00 | 0.00 |
| 　WELLS FARGO BANK NA D/B/A WELLS FA<br>　　Acct: 8403 | 18,563.79 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Priority** | | | | |
| 　FRED W FREITAG IV ESQ<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　STACY A. LIVINGSTON<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　STACY A. LIVINGSTON<br>　　Acct: | 7,064.62 | 7,064.62 | 0.00 | 0.00 |
| 　STACY A. LIVINGSTON<br>　　Acct: | 1,513.84 | 1,513.84 | 0.00 | 0.00 |
| 　STACY A. LIVINGSTON<br>　　Acct: | 461.54 | 461.54 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEUTSCHE BANK NTC | 725.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1935 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   CREDIT ACCEPTANCE CORP\* | 5,312.27 | 0.00 | 0.00 | 0.00 |
|     Acct: 1632 | | | | |
|   CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3966 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 460.70 | 0.00 | 0.00 | 0.00 |
|     Acct: 0831 | | | | |
|   FORD MOTOR CREDIT CO(\*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6969 | | | | |
|   IC FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7001 | | | | |
|   NCB MANAGEMENT SERVICES INC\* | 8,700.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 9306 | | | | |
|   PEOPLES TWP LLC\* | 1,380.66 | 0.00 | 0.00 | 0.00 |
|     Acct: 8795 | | | | |
|   PENNSYLVANIA ELECTRIC/PENELEC - A F | 1,400.96 | 0.00 | 0.00 | 0.00 |
|     Acct: 5568 | | | | |
| | \*\*\*NONE\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                              0.00

TOTAL CLAIMED
PRIORITY               725.00
SECURED           47,640.47
UNSECURED      17,255.36

Date: 12/07/2016                                     /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com